No. 12–6115. HITE v. EVANS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6116. HOSKINS v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 12–6118. GATHER v. OKLAHOMA ARMY NATIONAL GUARD ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–6124. JONES v. LOPEZ. Ct. App. D. C. Certiorari denied.

No. 12–6126. GRIFFIN v. MCGRADY, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT RETREAT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–6127. GARCIA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–6131. BURKE v. MCCOLLUM, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 12–6137. BENSON v. LUTTRELL, SHERIFF, SHELBY COUNTY, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–6143. CAMPBELL v. PERLEY. C. A. 9th Cir. Certiorari denied.

No. 12–6147. HART v. TEXAS. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 12–6150. HALL v. HOKE ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–6153. FREEMAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–6154. HERNANDEZ v. EVANS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6158. JOHNSON v. LOPEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6167. BYRD v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. Ct. Crim. App. Tex. Certiorari denied.